JJ-6

FILED
CLERK, U.S. DISTRICT COURT

AUG - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JESSE T. MOTEN,<br><br>               Petitioner,<br><br>     v.<br><br>KEN CLARK, Warden,<br><br>               Respondent. | CASE NO. CV 08-00999 ABC(SS)<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

     DATED:  *Aug 1, 2008*


                                   _____
                                   AUDREY B. COLLINS
                                   UNITED STATES DISTRICT JUDGE